# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

IVAILO IVANOV; ALEXANDER PLETSCH; ABI PROPERTY
HOLDINGS LP; OAKLEAF USA MANAGEMENT INC.;
CAPITALPOINT 11407 LP, 11407 N 52ND STREET LLC ("11407"), and
CAPITALPOINT USA LP ("CUSA"),

Petitioners,

v.

BROOKE THIESSEN,

Respondent.

No. 2D2025-2526

_____

February 13, 2026

Petition for Writ of Certiorari to the County Court for Hillsborough
County; Laura E. Ward, Judge.

Ronald D. Edwards, Jr. and Lauren E. Beames of Lowndes, Drosdick,
Doster, Kantor & Reed, P.A., Orlando, for Petitioners.

Jacob Z. Coates, Mark M. Wall, Marie A. Borland, and Jarod A. Brazel of
Hill, Ward & Henderson, P.A., Tampa, for Respondent.

PER CURIAM.

Denied.


SILBERMAN, KELLY, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.